Steven L. HELTON and Hope Funeral Home, Inc., Appellants,

v.

MISSOURI STATE BOARD OF EMBALMERS AND FUNERAL DIRECTORS, Respondent.

No. WD 50368.

Missouri Court of Appeals, Western District.

Submitted Oct. 24, 1995.

Decided Feb. 6, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 1996.

Application to Transfer Denied May 7, 1996.

Phillip L. Morris, Kansas City, for appellants.

Jeremiah W. (Jay) Nixon, Atty. Gen., Paul R. Boyd, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

PER CURIAM:

### *ORDER*

Steven L. Helton and Hope Funeral Home, Inc. appeal a judgment of the Circuit Court of Cole County affirming decisions of the Administrative Hearing Commission and the Missouri State Board of Embalmers finding cause to discipline the licenses of appellants. The court, having carefully considered the arguments of appellants, concludes that the trial court did not err in affirming the decision of the Administrative Hearing Commission and the disciplinary order of the Board of Embalmers.

Judgment is affirmed. Rule 84.16(b).